of Special Term granting a motion for dismissal of the complaint.

The motion was made upon the ground that the required undertaking had not been filed.

*Charles B. McLaughlin* for motion.

*Edward Gluck* opposed.

Motion denied, without costs; motion for leave to file undertaking granted, without costs.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JOHN J. PHELAN, Appellant.

*Appeal — stipulation to withdraw — motion to dismiss appeal granted.*

*People* v. *Phelan*, 218 App. Div. 849, appeal dismissed.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1926, which affirmed a judgment of the Nassau County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

The motion was made upon the ground that the appeal had been withdrawn by stipulation.

*Elvin N. Edwards, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant,
*v.* JOHN J. PHELAN, Respondent.

*Appeal — stipulation to withdraw — motion to dismiss appeal granted.*

*People* v. *Phelan*, 218 App. Div. 849, appeal dismissed.

(Submitted October 3, 1927; decided October 11, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1926, which reversed a judgment of the Nassau County Court rendered